IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 10-7051 |
| | : | |
| STUART L. THOMAS, et al., | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT

**AND NOW**, this 26th day of July 2011, upon consideration of Plaintiff's Motion for Default Judgment (Doc. No. 7) and the Declaration of Plaintiff's Counsel Regarding Attorney's Fees and Costs (Doc. No. 15), and for reasons stated at the hearing held on July 13, 2011 and in the Opinion of the Court filed this day, it is **ORDERED** as follows:

1. **JUDGMENT** is entered in favor of Plaintiff J & J Sports Productions, Inc. and against Defendants Stuart L. Thomas and Bustleton Famous of Holland, Inc. in the total amount of $29,118.73, which includes $9,200 in statutory damages, $18,400 in enhanced damages, and $1,518.73 in attorney's fees and costs.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:


/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J